FILED
2009 Mar-20 PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARTIN JEMISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **1:07-CV-02132-VEH-TMP** |
| ) | |
| **PAROLE OFFICER PETRA WADE,** ) | |
| et al., ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION AND ORDER

No party having responded to the magistrate judge's findings and recommendation, and the court, having considered the findings and recommendation, and having reviewed the entire file, concludes that the magistrate judge's findings and recommendation are correct. Accordingly, the findings and recommendation are **ADOPTED** as the opinion of the court, it being determined that there is no dispute of material fact, and that defendant is entitled to judgment as a matter of law. Defendant's motion for summary judgment is **GRANTED**, and the above-entitled action by Martin Jemison ("Jemison") is **DISMISSED WITH PREJUDICE** as to Hearing Officer John Anthony, Parole Board members Velinda Weatherly, Robert Longshore, and Bill Winnie, and Governor Bob Riley.

Further, Jemison's claims of false arrest are **REFERRED** to U.S. Magistrate Judge T. Michael Putnam for further proceedings. Jemison's request for reinstatement of his probation is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE** and **ORDERED** this the 20th day of March, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge